UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRENDA CAMPBELL                                                CIVIL ACTION

VERSUS                                                         No. 14-1869

WAL-MART STORES, INC. ET AL.                                   SECTION I

### ORDER

On August 15, 2014, the above-captioned matter was removed from the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, pursuant to 28 U.S.C. § 1332 on the grounds that completely diversity of citizenship existed among the parties and the amount in controversy exceeded $75,000.[1]

Before the Court is an unopposed motion[2] to remand filed by plaintiff. Plaintiff has stipulated that the amount of her claims does not exceed $75,000, exclusive of interest and costs, and that she will not execute on any judgment that may be awarded in excess of $75,000, exclusive of interest and costs.[3] Considering that the Court lacks subject matter jurisdiction pursuant to 28 U.S.C. § 1332,

**IT IS ORDERED** that the motion to remand is **GRANTED**, and that the above-captioned matter be **REMANDED** to the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana.

New Orleans, Louisiana, October 24, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1.
[2] R. Doc. No. 10.
[3] *See* R. Doc. No. 13.